UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS WILLIAM SINCLAIR RICHEY,<br><br>  Plaintiff,<br><br>  v.<br><br>D. BAKER and SGT FLEENOR,<br><br>  Defendants. | No.  4:14-cv-05007-EFS<br><br>**ORDER DISMISSING ACTION** |

By Order filed February 24, 2014, ECF No. 9, the Court denied Mr. Richey leave to file his Complaint without prepayment of the filing fee pursuant to 28 U.S.C. § 1915(g). Court records indicate Mr. Richey has not paid $400.00 ($350.00 filing fee plus $50.00 administrative fee) to commence this action.  Therefore, **IT IS ORDERED** this action is **DISMISSED** for failure to comply with 28 U.S.C. § 1914. **IT IS FURTHER ORDERED** all pending motions are denied as moot.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this   24th   day of March 2014.

                              s/ Edward F. Shea
                              EDWARD F. SHEA
                    Senior United States District Judge

Q:\EFS\Civil\2014\prisoner14cv5007efs-3-17-dis.docx

ORDER DISMISSING ACTION -- 1